# Exhibit 2

Charted Claims:
Method Claims:1

| US6931597 | SugarSync ("Accused Product") |
|---|---|
| 1. A method for graphically indicating secured items in a program for displaying contents in a selected place, the method comprising: determining a security level of each of the secured items, wherein each of the secured items has a default icon associated with if the each of the secured items is otherwise not secured; and | The accused product practices a method for graphically indicating secured items (e.g., protected folders) in a program (e.g., the accused product) for displaying contents (e.g., contents of folder tab) in a selected place (e.g., folder tab), the method comprising: determining a security level (e.g., folder protected or not protected) of each of the secured items (e.g., protected folders), wherein each of the secured items (e.g., protected folders) has a default icon (e.g., folder icon) associated with if the each of the secured items (e.g., protected folders) is otherwise not secured (unprotected folders).<br><br>As shown below, the accused product is a cloud data access tool that allows accessing contents of cloud storage. It has a folder tab for storing, managing, and sharing documents, folders, etc. Users can protect their folders using a protected folders tool. When a user protects a folder, another specific icon, overlays, on the original folder icon. This indicates protected status of the folder. However, if the original folder icon lacks this specific lock icon, it indicates that the folder is not protected. |



https://www1.sugarsync.com/



https://www1.sugarsync.com/



https://www1.sugarsync.com/features/

https://www1.sugarsync.com/features/

**Sharing Files and Folders**

**To share a folder privately:**

1. Open the **Folders** tab.

2. Hover over the folder you want to share.

3. Click on the menu button in the far right.

https://support.sugarsync.com/hc/en-us/articles/360028591273-Sharing-Files-and-Folders



https://support.sugarsync.com/hc/article_attachments/360072340533/1.png



https://www1.sugarsync.com/features/protected-folders/

https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-Folders



Folders



https://support.sugarsync.com/hc/article_attachments/360072340533/1.png

| | |
|---|---|
| | https://support.sugarsync.com/hc/article_attachments/24774690568219 |
| superimposing an appropriate icon corresponding to the security level over the default icon without losing original indications of the default icon. | The accused product practices superimposing an appropriate icon (e.g., lock icon) corresponding to the security level (e.g., folder protected or not protected) over the default icon (e.g., folder icon) without losing original indications of the default icon (e.g., folder icon).<br><br>As shown below, the accused product visually indicates protected folders by overlaying or superimposing a specific icon on the original folder icon while keeping the original icon visible. Therefore, if a folder icon has this specific lock icon superimposed, the folder is protected.<br><br><br><br>https://www1.sugarsync.com/features/protected-folders/ |



https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-Folders

https://support.sugarsync.com/hc/article_attachments/360072340533/1.png



https://support.sugarsync.com/hc/article_attachments/24774690568219